**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Maurice Wilburn,**

**Plaintiff,**

**v.**

**City of Minneapolis; William Woodis and James Lynch, acting in their individual capacities as Minneapolis police officers; and John Doe, and Richard Roe, unknown officers acting in their individual capacities as Minneapolis police officers;**

**Defendants.**

**Civil No. 01-2113 ADM/SRN**

**AMENDED**
**PRETRIAL SCHEDULING ORDER**

---

**Dwayne Keith Hickman,**

**Plaintiff,**

**v.**

**Robert Kroll, William Woodis, John Does, I to IV and The City of Minneapolis,**

**Defendants.**

**Civil No. 01-2172 ADM/SRN**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

FEB 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## Discovery Plan

1. **Discovery shall be commenced in time to be completed by February 1, 2003.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before March 15, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before September 3, 2002.

   b. By Defendant(s) on or before October 1, 2002.

4. No more than 35 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

5. No more than 20 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 4 expert depositions.

## Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by May 1, 2002. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by February 15, 2003.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

## Dispositive Motions

1. All dispositive motions shall be served, filed and heard by April 1, 2003. (Counsel are reminded that they must anticipate the time required for

scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on June 1, 2003, or upon resolution of any pending dispositive motions. Anticipated length of trial is 5 days.

Dated: February 25, 2002

Susan Richard Nelson
United States Magistrate Judge