**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Dwayne Keith Hickman,**

**Plaintiff,**

**vs.**

**Robert Kroll, individually and in his official capacity as a Minneapolis Police Officer; William Woodis, individually and in his official capacity as a Minneapolis Police Officer; John Does I to IV, individually and in their official capacities as Minneapolis Police Officers; and the City of Minneapolis,**

**Defendants.**

**Court File No.: 01 CV 2172 ADM/SRN**

**STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE**

---

The parties, by and through their undersigned attorneys of record, having hereby stipulated that the Court may dismiss Plaintiff's Complaint with prejudice and without costs to either party.

Dated: 11/22/2002

FREDERICK J. GOETZ
Attorney Reg. No. 185425
Goetz & Eckland P.A.
2124 Dupont Avenue South
Minneapolis, MN 55405
(612) 874-1552

Attorney for Plaintiff

Dated: 11/26/02

JAY M. HEFFERN
Minneapolis City Attorney
By
JAMES A. MOORE
Attorney Reg. No. 16883X
Assistant City Attorneys
333 South 7th Street, Ste 300
Minneapolis, MN 55402-2453

Attorneys for Defendants

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

The above-captioned matter having come on before the Court on the foregoing Stipulation, and the Court having considered the parties' Settlement Agreement pursuant to Minn. Stat. § 466.08, the Court hereby approves the settlement of the case and Orders the case dismissed with prejudice and without costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: December 2, 2002

Ann D. Montgomery
Judge of District Court